UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Goldstein,

                Plaintiff,

      -against –

Flagstar Bank,

                Defendants.
-----------------------------------------------------------X

**O R D E R**

7:22-CV-08598 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated:  November 9, 2022
        White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.